CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG 31 2007

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GEORGE M. THOMPSON, ) | |
| ) | Civil Action No. 7:07cv00092 |
| Plaintiff, ) | |
| ) | **FINAL ORDER** |
| ) | |
| SUSSANNE NEEB, et al., ) | By: Hon. Jackson L. Kiser |
| ) | Senior United States District Judge |
| Defendants. ) | |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that Defendants' Motion to Dismiss all claims against Defendant McEathron (Dkt. No. 25), shall be and hereby is **GRANTED**; and all claims against Defendant McEathron are hereby **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state any actionable claim; Defendants' Motion to Dismiss is **DENIED** as to all other claims; accordingly, the claims against Defendant Neeb shall go forward and Defendant Neeb is hereby **DIRECTED** to file within thirty (30) days from entry of this Order a supplemental Motion for Summary Judgment, supported by affidavit(s), addressing issues including, but not limited to, the following:

(a) Plaintiff's medical records and prescriptions, to be filed under seal;

(b) Plaintiff's October 2006 blood test results and the results of any other tests that were provided during Plaintiff's incarceration at the Warren County Jail, to be filed under seal;

(c) Documentary evidence outlining Plaintiff's treatment plan, to be filed under seal;

(d) The rationale behind not ordering Plaintiff's HIV medications for several months.

The Clerk of the Court is directed to send a copy of this Order and Memorandum Opinion to Plaintiff and to counsel of record for the Defendants.

**ENTER**: This 31st day of August, 2007.

*/s/ Jackson L. Kiser*
Senior United States District Judge