CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
DEC - 3 2007
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GEORGE M. THOMPSON, | ) |
| Plaintiff, | ) Civil Action No. 7:07cv00092 |
| | ) **FINAL ORDER** |
| SUSSANNE NEEB, et al., | ) By: Hon. Jackson L. Kiser |
| | ) Senior United States District Judge |
| Defendants. | ) |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED**

that the motion for summary judgment shall be and hereby is **GRANTED**; plaintiff's motion for discovery (Docket Number 52) is **DENIED**; any pending motions are **DENIED AS MOOT**; and this action shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and Memorandum Opinion to plaintiff and to counsel of record for defendants.

ENTER: This 3rd day of December, 2007.

/s/ Jackson L. Kiser
Senior United States District Judge